# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Rembrandt Wireless Technologies, LP, <br><br> Plaintiff, <br><br> v. <br><br> Samsung Electronics Co., Ltd., <br> Samsung Electronics America, Inc., <br> Samsung Telecommunications America, LLC, <br> Samsung Austin Semiconductor, LLC, <br> Blackberry, Corp., and <br> Blackberry, Ltd., <br><br> Defendants. | Case No. 2:13-cv-213-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER

In compliance with the pursuant to the Court's Docket Control Order, Dkt. No. 53, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Samsung Austin Semiconductor, LLC, Blackberry, Corp., and Blackberry, Ltd., file this Notice of its letter to the Court requesting permission to file a motion for summary judgment of invalidity of claims of the patents in suit due to indefiniteness. A copy of the letter is attached as Exhibit 1.

Dated: September 15, 2014

By: /s/ Michael C. Smith
Michael C. Smith
Texas Bar No. 18650410
michaelsmith@siebman.com
Siebman, Burg, Phillips & Smith, LLP
113 E. Austin Street
P.O. Box 1556
Marshall, Texas 75671
Tel: (903) 938-8900

Fax: (903) 767-4620

Jeffrey K. Sherwood
Texas Bar No. 24009354
SherwoodJ@dicksteinshapiro.com
Frank C. Cimino, Jr.
CiminoF@dicksteinshapiro.com
Daniel G. Cardy
Ji Young Park
ParkJ@dicksteinshapiro.com
CardyD@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Tel: (202) 420-2200
Fax: (202) 420-2201

Gerard A. Haddad
HaddadG@dicksteinshapiro.com
Jennifer BianRosa
bianrosaj@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019
Phone: (212) 277-6500
Fax: (212) 277-6501

Attorneys for Defendants
Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc.,
Samsung Telecommunications America, LLC, and
Samsung Austin Semiconductor, LLC.

/s/ *Richard S.J. Hung*
Richard S.J. Hung
E. Leon Carter (Texas Bar No. 03914300)
lcarter@carterstafford.com
John S. Torkelson (Texas Bar No. 00795154)
jtorkelson@carterstafford.com
CARTER STAFFORD ARNETT
HAMADA & MOCKLER, PLLC
8150 N. Central Expressway, Suite 1950
Dallas, Texas 75206
Telephone: 214-550-8188
Facsimile: 214-550-8185

Vincent J. Belusko
Jared W. Miller
MORRISON & FOERSTER LLP
707 Wilshire Blvd.
Los Angeles, California 90017-3543

Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Richard S.J. Hung
J. Ryan Gilfoil
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94015
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants BlackBerry Ltd. and
BlackBerry Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2014, a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

By:   /s/ Michael C. Smith

Michael C. Smith