**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| REMBRANDT WIRELESS TECHNOLOGIES, LP, | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | Case No. 2:13-CV-213 |
| SAMSUNG ELECTRONICS CO. LTD.;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC; SAMSUNG AUSTIN<br>SEMICONDUCTOR, LLC; BLACKBERRY,<br>CORP. and BLACKBERRY, LTD, | §<br>§<br>§<br>§<br>§<br>§ | |
| Defendants. | §<br>§<br>§ | |

## ORDER GRANTING JOINT MOTION FOR LEAVE TO EXTEND THE DEADLINES FOR DISCLOSURE OF EXPERT WITNESSES AND REBUTTAL EXPERT WITNESSES,   TO COMPLETE EXPERT DISCOVERY, AND TO FILE DISPOSITIVE MOTIONS AND *DAUBERT* MOTIONS

The Court, having considered the JOINT MOTION FOR LEAVE TO EXTEND THE

DEADLINES FOR DISCLOSURE OF EXPERT WITNESSES AND REBUTTAL EXPERT

WITNESSES, TO COMPLETE EXPERT DISCOVERY, AND TO FILE DISPOSITIVE

MOTIONS AND *DAUBERT* MOTIONS, is of the opinion that the Motion should be **GRANTED**.

The Court hereby modifies its Order of August 29, 2013 (Docket No. 53) as follows:

| Amended Deadline | Current Deadline | Event |
|---|---|---|
| Feb. 9, 2015 | Feb. 2, 2015 | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| •••••••••••••••••••• | Jan. 20, 2014 | *Pretrial Conference –  9:00 a.m. in **Marshall, Texas**<br>""dghqtg'Lwf i g'Tq{ 'Rc{ pg0' |

|  | Jan. 14, 2015 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
|---|---|---|
|  | Jan. 12, 2015 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, and Responses to Motions *in Limine* |
|  | Jan. 5, 2015 | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
|  | Dec. 31, 2014 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
|  | Dec. 31, 2014 | Serve Objections to Rebuttal Pretrial Disclosures |
|  | Dec. 19, 2014 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
|  | Dec. 5, 2014 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| Nov. 26, 2014 | Nov. 10, 2014 | *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| Nov. 21, 2014 | Nov. 3, 2014 | Deadline to Complete Expert Discovery |

| Nov. 3, 2014 | Oct. 20, 2014 | Serve Disclosures for Rebuttal Expert Witnesses |
|---|---|---|
| Oct. 6, 2014 | Sept. 29, 2014 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| | Oct. 23, 2014 | Deadline to Complete Outstanding Fact Discovery and File Motions to Compel Discovery related to Outstanding Fact Discovery |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

The "Additional Requirements" section as set forth in the previous Docket Control Order (Dkt. No. 53) shall govern this Docket Control Order.

**SIGNED this 3rd day of October, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE