# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| REMBRANDT WIRELESS TECHNOLOGIES, LP § § § **Plaintiff,** § § v. § § SAMSUNG ELECTRONICS CO. LTD.; § SAMSUNG ELECTRONICS § AMERICA, LLC; SAMSUNG § TELECOMMUNICATIONS § AMERICA, LLC; SAMSUNG AUSTIN § SEMICONDUCTOR, LLC; § RESEARCH IN MOTION CORP. and § RESEARCH IN MOTION, LTD. § § **Defendants.** § § | Civil Action No. 2:13-CV-213 |

## JOINT MOTION TO EXTEND THE FACT DISCOVERY DEADLINE

Plaintiff Rembrandt Wireless Technologies, LP ("Rembrandt") together with Samsung Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Samsung Austin Semiconductor, LLC ("Samsung"), BlackBerry Corp., and BlackBerry Ltd. ("BlackBerry") jointly come before this Court and asks that the Docket Control Order (Docket No. 53, as amended by Docket Nos. 140 and 145) be amended as listed below. The requested change will not affect any other deadlines in the Docket Control Order ("DCO").

| Amended Deadline | Current Deadline | Event |
|---|---|---|
| Nov. 6, 2014 | Oct. 23, 2014 | Deadline to Complete Outstanding Fact Discovery and File Motions to Compel Discovery related to Outstanding Fact Discovery |

Parties have previously filed a Joint Motion to Extend the Fact Discovery Deadline with respect to "Outstanding Fact Discovery" issues (Docket No. 139), which the Court granted (Docket No. 140).  The present request is made for the purpose of allowing discovery, solely with respect to the following:

- Amended document authentication and/or business records declarations from third-parties, including: CSR Technology Inc., Texas Instruments, Inc., Broadcom Corp., Qualcomm Inc., IEEE, and Intel Corp.  In particular, these third parties have made supplemental document productions in this litigation after the original declarations were executed. Rembrandt has been working diligently to obtain the amended declarations, but third parties need additional time to finalize them.

- Stipulation with Samsung relating to certain damages issues. In particular, in lieu of a deposition on certain financial topics, including chip pricing, unit sales, and financial statements, Samsung has agreed to provide a stipulation. Rembrandt and Samsung have been diligently working to finalize the stipulation agreement, but need additional time.

- A stipulation between the parties in lieu of a deposition of non-party ARRIS Group, Inc., or a deposition of ARRIS Group, Inc.  The parties have been working diligently to finalize the stipulation, but need additional time.

A proposed order that complies with the Court's requirements is attached.

DATED:  October 24, 2014                        Respectfully submitted,

By:   */s/ Kyril Talanov*
Michael F. Heim (Texas Bar No. 09380923)
mheim@hpcllp.com
Eric J. Enger (Texas Bar No. 24045833)
eenger@hpcllp.com
Miranda Y. Jones (Texas Bar No. 24065519)
mjones@hpcllp.com
**HEIM, PAYNE & CHORUSH, L.L.P.**
600 Travis Street, Suite 6710
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Demetrios Anaipakos (Texas Bar No. 00793258)
danaipakos@azalaw.com
Amir Alavi (Texas Bar No. 00793239)
aalavi@azalaw.com
Jamie Aycock (Texas Bar No. 24050241)
jaycock@azalw.com
Kyril Talanov (Texas Bar No. 24075139)
ktalanov@azalaw.com
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.**
1221 McKinney Street, Suite 3460
Houston, TX 77010
Telephone: 713- 655-1101
Facsimile: 713-655-0062

T. John Ward, Jr., State Bar No. 00794818
jw@jwfirm.com
**LAW OFFICE OF T. JOHN WARD, JR., P.C.**
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323

*Attorneys for REMBRANDT WIRELESS TECHNOLOGIES, LP*

3

*/s/ Gerard A. Haddad (by permission)*
Michael C. Smith
Texas Bar No. 18650410
michaelsmith@siebman.com
**Siebman, Burg, Phillips & Smith, LLP**
113 E. Austin Street
P.O. Box 1556
Marshall, Texas 75671
Tel: (903) 938-8900
Fax: (903) 767-4620

Jeffrey K. Sherwood
Texas Bar No. 24009354
SherwoodJ@dicksteinshapiro.com
Frank C. Cimino, Jr.
CiminoF@dicksteinshapiro.com
Daniel G. Cardy
CardyD@dicksteinshapiro.com
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006-5403
Tel: (202) 420-2200
Fax: (202) 420-2201

Gerard A. Haddad
HaddadG@dicksteinshapiro.com
**DICKSTEIN SHAPIRO LLP**
1633 Broadway
New York, NY 10019
Phone: (212) 277-6500
Fax: (212) 277-6501

**Attorneys for Defendants
Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc.,
Samsung Telecommunications America,
LLC, and Samsung Austin
Semiconductor, LLC.**

*/s/ J. Ryan Gilfoil (by permission)*
E. Leon Carter (Texas Bar No. 03914300)
lcarter@carterstafford.com
John S. Torkelson (Texas Bar No. 00795154)
jtorkelson@carterscholer.com
CARTER SCHOLER ARNETT
HAMADA & MOCKLER, PLLC
8150 N. Central Expressway, Suite 1950
Dallas, Texas 75206
Telephone: (214) 550-8188
Facsimile: (214) 550-8185

Vincent J. Belusko (CA Bar No. 100282)
Jared W. Miller (CA Bar No. 287424)
Morrison & Foerster LLP
707 Wilshire Blvd.
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Richard S.J. Hung (CA Bar No. 197425)
J. Ryan Gilfoil (CA Bar No. 246493)
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94015
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

**Attorneys for Defendants/Counterclaim Plaintiffs BlackBerry Corp. and BlackBerry Ltd.**

## **CERTIFICATE OF SERVICE**

I hereby certify that the following was served to all counsel of record via CM/ECF on October 24, 2014.

*/s/ Kyril Talanov*
Kyril Talanov

## **CERTIFICATE OF CONFERENCE**

I hereby certify that prior to filing this motion, counsel for Rembrandt conferred with counsel for Defendants Samsung and Blackberry regarding this Motion on October 23, 2014 in accordance with Local Rule CV-7(h). This is a joint motion; it is unopposed.

*/s/ Kyril Talanov*
Kyril Talanov

4811-9743-2864, v. 1