**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| Rembrandt Wireless Technologies, LP, <br><br> Plaintiff, <br><br> v. <br><br> Samsung Electronics Co., Ltd., <br> Samsung Electronics America, Inc., <br> Samsung Telecommunications America, LLC, <br> Samsung Austin Semiconductor, LLC, <br> Blackberry, Corp., and <br> Blackberry, Ltd., <br><br> Defendants. | Case No. 2:13-cv-213-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF GERARD A. HADDAD IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT OF NO DAMAGES PRIOR TO THE FILING
DATE OF THE COMPLAINT FOR FAILURE TO MARK**

I, Gerard A. Haddad, declare as follows:

1.      I make this declaration in support of Defendants' Motion For Summary Judgment

Of No Damages Prior To The Filing Date Of The Complaint For Failure To Mark.

2.      I am an attorney with the law firm of Dickstein Shapiro LLP, counsel for

Samsung in this litigation.

3.      I have personal knowledge of the facts set forth below and, if called upon, am

willing to testify to the same.

4.      Attached as Exhibit 1 is a true and correct copy of a compilation of patent sale

agreements numbered RIP 00006594-6667, previously marked as Schneck Deposition Exh. 9.

[Filed Under Seal]

5.      Attached as Exhibit 2 is a true and correct copy of Rembrandt's response to common interrogatory No. 2.  [Filed Under Seal]

6.      Attached as Exhibit 3 is a true and correct copy of excerpts from the deposition of Rembrandt's 30(b)(6) witness Derek Wood.  [Filed Under Seal]

7.      Attached as Exhibit 4 is a true and correct copy of Rembrandt's corporate structure as depicted by Derek Wood, previously marked as Exhibit 87 to the 30(b)(6) deposition of Rembrandt.  [Filed Under Seal]

8.      Attached as Exhibit 5 is a true and correct copy of 8,023,580 (the "'580 patent").

9.      Attached as Exhibit 6 is a true and correct copy of excerpts from the deposition of Zhone 30(b)(6) witness David Misunas.  [Filed Under Seal].

10.      Attached as Exhibit 7 is a true and correct copy of a collection of product brochures for Zhone 802.11g products, previously marked as Exhibit 48 to the 30(b)(6) deposition of Zhone numbered ZHONE_004556-4609.

11.      Attached as Exhibit 8 is a true and correct copy of a table showing sales of Zhone's 802.11g products, previously marked as Exhibit 49 to the 30(b)(6) deposition of Zhone numbered ZHONE_004610-11. [Filed Under Seal]

12.      Attached as Exhibit 9 is a true and correct copy of a photograph of physical exhibit Exhibit 50 to the 30(b)(6) deposition of Zhone depicting Zhone Technologies XDSL 4 PORT WIFI 802.11N Router, Serial Number 302422860.

13.      Attached as Exhibit 10 is a true and correct copy of Rembrandt's infringement contentions.

14.      Attached as Exhibit 11 is a true and correct copy of 802.11a Standard

15.      Attached as Exhibit 12 is a true and correct copy of 802.11g Standard.

16.      Attached as Exhibit 13 is a true and correct copy of 802.11-1999 Standard.

DOCSNY-580870 v1

17.     Attached as Exhibit 14 is a true and correct copy of portions of Dr. Robert Morrow's infringement expert report served on October 6, 2014.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Dated: November 26, 2014

/s/ *Gerard A. Haddad*

Gerard A. Haddad

3