IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| REMBRANDT WIRELESS TECHNOLOGIES, LP § § § **Plaintiff,** § § v. § § SAMSUNG ELECTRONICS CO. LTD.; § SAMSUNG ELECTRONICS § AMERICA, LLC; SAMSUNG § TELECOMMUNICATIONS § AMERICA, LLC; SAMSUNG AUSTIN § SEMICONDUCTOR, LLC; § BLACKBERRY CORP. and § BLACKBERRY LTD. § § **Defendants.** § § | Civil Action No. 2:13-CV-213 |

## ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT BLACKBERRY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Before the Court is the Joint Stipulation of Dismissal of Defendant BlackBerry Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). The Stipulation is **GRANTED**. All claims in this action brought by Rembrandt Wireless Technologies, LP ("Rembrandt") against BlackBerry Corp. and BlackBerry Ltd. (collectively, "BlackBerry"), and all counterclaims brought by BlackBerry against Rembrandt, are hereby dismissed without prejudice.

The Clerk is ORDERED to terminate BlackBerry Corp. and BlackBerry Ltd. from Case No. 2:13-cv-213-JRG-RSP.

**SIGNED this 5th day of December, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE