# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT WIRELESS TECHNOLOGIES, LP | § § § | |
| v. | § § | Case No. 2:13-CV-213-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § § | |

**Pretrial Conference**
MAG. JUDGE ROY PAYNE PRESIDING
JANUARY 20, 2015

**OPEN: 9:00 am**                                                                 **ADJOURN: 3:25 pm**

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEY FOR DEFENDANTS:         See attached

LAW CLERK:                                        Craig Walter

COURT REPORTER:                           Tonya Jackson

COURTROOM DEPUTY:                     Becky Andrews

Court opened. Case called. Johnny Ward announced ready for plaintiff and introduced co-counsel. Michael Smith announced ready for defendants and introduced co-counsel.

Jury Selection will be February 9, 2015 at 9:00 a.m. before Judge Gilstrap. The parties will have 40 minutes per side for voir dire. Eight jurors will be seated. The parties will have four preemptory strikes each side. The trial will begin after lunch on the day of the jury selection. The parties will have 25 minutes for opening statements and 35 minutes for closing arguments. The parties will be allowed 10 hours of evidence per side.

The Court accepted the jury questionnaire and gave the parties instructions regarding the questionnaires.

The parties will provide 10 juror notebooks at the beginning of the trial. Each notebook shall contain a sheet with a photo of each witness with the name under the photo and lines for taking notes, a copy of the patent, the Court's claim construction and a 3-hole punched note pad.

The Court will be available at 7:30 a.m. each morning. The parties are instructed to disclose each day the order of the witnesses for the following day. Deposition designation disputes shall be brought to the Court's attention the morning of the day <u>before</u> the day of use. The parties and

their witnesses are instructed to avoid using first names only in referring to others.

Rule 50A motions will be heard at the close of all of the evidence.

Pre-admitted exhibits that can be used at trial do not become part of the record until they are used. Each morning the parties will read into the record the exhibits used the previous day.

The Court instructed the parties to file their proposed jury instructions and verdict forms by February 2, 2015.

The parties are instructed to file new, updated exhibit lists after the final pretrial conference.

Jeff Sherwood argued Defendants' Motion to Stay (Dkt. No. 112). Mike Heim responded. The Court denied the Motion to Stay.

Demetrios Anaipakos, Eric Enger, Amir Alivi, Jamie Aycock, and Brian Larson argued Plaintiff's Motions in Limine. Jeff Sherwood, Gabrielle Higgins, Gerry Haddad, Jennifer Bianrosa, Becky Hermes, and Jesse Jenner argued Defendants' objections. The Court made rulings. The Court instructed Plaintiff to file a supplemental motion in limine regarding the use of Dr. Paul Schneck's deposition testimony by Monday, January 26, 2015. Defendant will have until midnight on January 29, 2015 to respond.

After the lunch break, Jesse Jenner, Gabrielle Higgins, Becky Hermes, Gerry Haddad, Mike Heim, and Jennifer Bianrosa argued Defendants' Motions in Limine. Kyril Talanov, Amir Alivi, and Eric Enger responded on behalf of Plaintiff. The Court made rulings.

The final pretrial conference will be held on Monday, February 2, 2015 at 1:30 p.m. The Court would like the parties to bring updated lists to the hearing.