IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT WIRELESS TECHNOLOGIES, LP | § § § § § § § § | |
| v. | | Case No. 2:13CV213-JRG-RSP |
| SAMSUNG ELECTRONICS CO. LTD., ET AL. | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF ROY WEINSTEIN

Before the Court is Defendants' Objections to the Magistrate Judge's Order Regarding Motion to Exclude Opinions of Roy Weinstein. ("Defendants' Objections") (Dkt. No. 264.) After reviewing Defendants' Objections, the Court finds the Magistrate Judge's rulings neither "clearly erroneous [n]or contrary to law." 28 U.S.C. § 636(b)(1)(A); FED.R.CIV.P. 72(a). Accordingly, Defendants' objections are **OVERRULED** and the Magistrate Judge's Order Denying Defendants' Motion to Exclude Opinions of Roy Weinstein (Dkt. No. 243) is hereby **ADOPTED**.

**So ORDERED and SIGNED this 6th day of February, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE