**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| REMBRANDT WIRELESS TECHNOLOGIES, LP, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 2:13-CV-213-JRG-RSP |
| SAMSUNG ELECTRONICS CO. LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; and SAMSUNG AUSTIN SEMICONDUCTOR, LLC, | § § § § § § | Jury Trial Requested |
| *Defendants.* | § § § § | |

## **PLAINTIFF'S PROPOSED VERDICT FORM**

**Question No. 1.**

Do you find that Rembrandt has proven, by a preponderance of the evidence, that Samsung has directly infringed any of the following claims?

Answer "yes" or "no" for each claim:

Claim 1 of U.S. Patent 8,023,580      _____

Claim 2 of U.S. Patent 8,023,580      _____

Claim 19 of U.S. Patent 8,023,580     _____

Claim 23 of U.S. Patent 8,023,580     _____

Claim 25 of U.S. Patent 8,023,580     _____

Claim 29 of U.S. Patent 8,023,580     _____

Claim 30 of U.S. Patent 8,023,580     _____

Claim 41 of U.S. Patent 8,023,580     _____

Claim 52 of U.S. Patent 8,023,580     _____

Claim 1 of U.S. Patent 8,457,228      _____

Claim 21 of U.S. Patent 8,457,228     _____

Claim 26 of U.S. Patent 8,457,228 _____

Claim 28 of U.S. Patent 8,457,228 _____

Claim 29 of U.S. Patent 8,457,228 _____

Claim 50 of U.S. Patent 8,457,228 _____

Claim 51 of U.S. Patent 8,457,228 _____

**Question No. 2**:

Do you find that Samsung has proven, by clear and convincing evidence, that any of the following claims are invalid?

Answer "yes" or "no" for each claim:

Claim 1 of U.S. Patent 8,023,580 _____

Claim 2 of U.S. Patent 8,023,580 _____

Claim 19 of U.S. Patent 8,023,580 _____

Claim 23 of U.S. Patent 8,023,580 _____

Claim 25 of U.S. Patent 8,023,580 _____

Claim 29 of U.S. Patent 8,023,580 _____

Claim 30 of U.S. Patent 8,023,580 _____

Claim 41 of U.S. Patent 8,023,580 _____

Claim 52 of U.S. Patent 8,023,580 _____

Claim 1 of U.S. Patent 8,457,228 _____

Claim 21 of U.S. Patent 8,457,228 _____

Claim 26 of U.S. Patent 8,457,228 _____

Claim 28 of U.S. Patent 8,457,228 _____

Claim 29 of U.S. Patent 8,457,228 _____

Claim 50 of U.S. Patent 8,457,228 _____

Claim 51 of U.S. Patent 8,457,228 _____

**If you have answered "yes" as to any claim in Question 1 and you have answered "no" as to that claim in Questions 2, then answer Question No. 3. Otherwise, do not answer this question.**

**Question No. 3**:

What sum of money, if any, if now paid in cash, would fairly and adequately compensate Rembrandt as damages for Samsung's infringement?

Answer in dollars and cents, if any:

_____

*Have the Jury Foreperson sign and date the verdict form on the last page.*

## **JURY VERIFICATION**

  The Foreperson is requested to sign and date this document in the space provided as the unanimous verdict of the jury.

_____       _____

DATE                  FOREPERSON'S SIGNATURE


Once you have signed and dated this form, please notify the Court Security Office