**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| REMBRANDT WIRELESS TECHNOLOGIES, LP | § § § | |
| v. | § § | Case No. 2:13CV213-JRG-RSP |
| SAMSUNG ELECTRONICS CO. LTD., ET AL. | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S ORDER ON REMBRANDT'S MOTION IN LIMINE 4

Before the Court is Plaintiff's Objections to the Magistrate Judge's Order on Rembrandt's Motion in *Limine* 4. ("Plaintiff's Objections.")[1] After reviewing Plaintiff's Objections, the Court finds the Magistrate Judge's rulings neither "clearly erroneous [n]or contrary to law." 28 U.S.C. § 636(b)(1)(A); FED.R.CIV.P. 72(a). Accordingly, Plaintiff's objections are **OVERRULED** and the Magistrate Judge's Order Regarding Motion in *Limine* 4 (Dkt. No. 248), is hereby **ADOPTED**.

**So ORDERED and SIGNED this 9th day of February, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] No docket entry assigned—transmitted to Messrs. Fink and Walter (law clerks) February 6, 2015 through electronic mail as per party agreement.