IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT WIRELESS TECHNOLOGIES, LP,<br><br>   *Plaintiff*,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>   *Defendants*. | § § § § § § § § § § § § § § § § § § | Case No. 2:13-CV-213-JRG |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge. As used herein, "Rembrandt" means Rembrandt Wireless Technologies, LP, and "Samsung" means Samsung Electronics Co. Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America. As used herein, "'580 Patent" means U.S. Patent No. 8,023,580 and "'228 Patent" means U.S. Patent No. 8,457,228. As used herein, "patents-in-suit" refers, collectively, to the '580 Patent and '228 Patent.

## QUESTION 1:

Did Rembrandt prove by a preponderance of the evidence that Samsung infringed any of the following asserted claims of the '580 Patent and the '228 Patent?

**Answer YES or NO in the space provided beside each particular claim:**

| | |
|---|---|
| Claim 2 of U.S. Patent 8,023,580 | yes |
| Claim 59 of U.S. Patent 8,023,580 | yes |
| Claim 21 of U.S. Patent 8,457,228 | yes |

**Please proceed to the next question**

NOTE: YOU MUST ANSWER THIS QUESTION REGARDLESS OF YOUR ANSWERS TO QUESTIONS 1:

**QUESTION 2:**

Do you find that Samsung has proven by clear and convincing evidence that any of the following claims of the '580 Patent and the '228 Patent are invalid?

**Answer YES or NO in the space provided beside each particular claim:**

| | |
|---|---|
| Claim 2 of U.S. Patent 8,023,580 | No |
| Claim 59 of U.S. Patent 8,023,580 | NO |
| Claim 21 of U.S. Patent 8,457,228 | No |

**Please proceed to the next question**

**QUESTION 3:**

ANSWER QUESTION 3 IF YOU HAVE FOUND THAT:

    1) AT LEAST ONE CLAIM LISTED IN QUESTION 1 HAS BEEN INFRINGED; **AND**

    2) AT LEAST ONE CLAIM IN QUESTION 2 IS NOT INVALID

OTHERWISE, DO **NOT** ANSWER QUESTION 3.

What sum of money if paid now in cash do you find from a preponderance of the evidence would fairly and reasonably compensate Rembrandt for Samsung's infringement up to the time of trial?

$ _____15,700,000_____ Damages

**Please proceed to the next page, and your Jury Foreperson will sign and date the Verdict Form.**

We, the jury, unanimously answered the preceding questions by a preponderance of the evidence or by clear and convincing evidence as instructed for each question.

Signed this ____13____ day of February, 2015.