IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT WIRELESS TECHNOLOGIES, LP, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 2:13-cv-213-JRG |
| SAMSUNG ELECTRONICS CO., LTD., ET AL., | § § § § | |
| *Defendants.* | § § § | |

**FINAL JUDGMENT**

A jury trial was held in this case beginning on February 9, 2015. The jury returned a unanimous verdict on February 13, 2015. (Dkt. No. 288.) Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict, the Court **ENTERS JUDGMENT** as follows:

1. Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, LLC, and Samsung Telecommunications America, LLC (collectively, "Samsung") are found to have infringed claims 2 and 59 of U.S. Patent No. 8,023,580 (the "'580 patent") and claim 21 of U.S. Patent No. 8,457,228 (the "'228 patent").

2. Claims 2 and 59 of the '580 patent and claim 21 of the '228 patent are found not invalid.

3. Rembrandt shall recover from Samsung the sum of fifteen million seven hundred thousand dollars ($15,700,000) as damages for Samsung's infringement of the '580 and '228 patents.

4. Pursuant to 35 U.S.C. § 284, the Court awards Rembrandt pre-judgment interest based on the 1-year T-Bill rate, compounded annually in the amount of sixty-five thousand, eight hundred and sixty five dollars ($65,865) plus an additional amount of pre-judgment interest at the per-diem rate of ninety-nine dollars and thirty-five cents ($99.35) from February 14, 2015 through entry of this Judgment.

5. Pursuant to 28 U.S.C. § 1961, the Court awards Rembrandt post-judgment interest at a rate equal to the weekly average 1-year constant maturity Treasury yield from the date of entry of this Judgment until paid.

6. Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920, Rembrandt is the prevailing party in this matter and is entitled to costs consistent therewith.

7. All claims against Samsung Austin Semiconductor are dismissed with prejudice.

8. This judgment and the relief set forth herein shall be joint and several as to each of the Samsung Defendants herein; namely: Samsung Electronics Co., Ltd.; Samsung Electronics America, LLC; and Samsung Telecommunications America, LLC.

9. All motions currently pending herein, not otherwise addressed, are hereby **DENIED**, and the Clerk of the Court is **ORDERED** to close this case.

**So ORDERED and SIGNED this 25th day of February, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE